**[J-8-2014]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| SOUTH OF SOUTH STREET NEIGHBORHOOD ASSOCIATION, KEVIN BROAD, PATRICK BORKOWSKI, NICOLE FLAQUER AND WEI JING LEI, | : No. 34 EAP 2013<br>:<br>: Appeal from the Order of<br>: Commonwealth Court dated 9/13/12,<br>: reconsideration denied, 11/1/12, at |
| Appellants | : 1675 CD 2011, affirming the order of<br>: the Court of Common Pleas,<br>: Philadelphia County, Civil Division, |
| v. | : dated 8/3/11, docketed 8/5/11 at 01377,<br>: February Term, 2010<br>: |
| PHILADELPHIA ZONING BOARD OF ADJUSTMENT, THE CITY OF PHILADELPHIA AND DUNG PHAT LLC, | :<br>:<br>:<br>: |
| Appellees | : ARGUED: March 11, 2014 |

## ORDER

**PER CURIAM**

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED**.